CLAIM: TPT151515

POLICY NO: CH05TPTAND7138

# RELEASE

That _Tiger Direct Inc._

175 Ambassador LN, Napersville, IL 60540

for and in consideration of the sum of: Two Hundred Forty Nine Thousand ——————————90/00 Dollars, ($249,000.90), the receipt and sufficiency of which is hereby acknowledged, does hereby remise, release and forever discharge _NAVIGATORS INSURANCE COMPANY / MERIT FREIGHT SYSTEMS_

his successors and assigns, and/or his, her, their heirs, executors and administrators, and also any and all other persons, associations and corporations, whether herein named or referred to or not, and who, together with the above named, may be jointly or severally liable to the Undersigned, of and from any and all, and all manner of, actions and causes of action, rights, suits, covenants, contracts, agreements, judgments, claims and demands whatsoever in law or equity, including claims for contribution, arising from and by reason of any and all KNOWN AND UNKNOWN, FORESEEN AND UNFORESEEN bodily and personal injuries or death, damage to property, and the consequences thereof, which heretofore have been, and which hereafter may be sustained by the Undersigned or by any and all other persons, associations and corporations, whether herein named or referred to or not, and especially from all liability arising out of an occurrence ( THEFT OF ELECTRONIC EQUIPMENT ) that happened on or about the __6TH__ day of _March_, _2007_, at or near _Shipment of electronic equipment, shipped via trailer truck from Napersville, IL to Miami, FL stolen from parking lot of Tiger Direct facility in Miami, Fl while in the care, custody and control of NG Express / Montex Transportation_

Further, in consideration of the above payment the UNDERSIGNED ALSO EXPRESSLY DECLARES AND AGREES:

(1) That all claims, past, present or future, are disputed and this full and final settlement thereof shall never be treated as evidence of liability, nor as an admission of liability or responsibility at any time or in any manner whatsoever;

(2) That this release covers and includes all claims several or otherwise, past, present or future, which can or may ever be asserted by any person or persons, as heirs, or otherwise, as the result of injuries or death and/or damages as aforesaid or the effects or consequences thereof;

(3) That this full and final release shall cover and include all and any future injuries, death and/ or damages not now known to any of the parties hereto but which may later develop or be discovered, including the effects or consequences thereof and including all causes of action therefor;

(4) That the Undersigned will indemnify and hold harmless the said parties released hereby, against loss, including counsel fees, from any and every claim or demand of every kind and character, including claims for contribution, which may be asserted by the Undersigned by reason of said occurrence, injuries and/or damages or the effects of consequences thereof;

(5) That those who are hereby released shall not be estopped or otherwise barred from asserting and expressly reserve the right to assert, any claim or cause of action they may have against the Undersigned or any others.

In witness whereof, the hand and seal of the Undersigned is set hereunto this ___5th___ day of ___July___, 2007

READ CAREFULLY BEFORE SIGNING

Witness: _[signature]_  Signature _[signature]_ (SEAL)
Address: _7795 West Flagler St Miami Fl_  Signature Address: _7795 West Flagler St Miami, Fl 33314_

Witness: _[signature]_  (SEAL)
Address:  Signature Address:

STATE OF _Florida_ )
COUNTY OF _Dade_ ) SS:

On this _5th_ day of _July_, 2007, before me personally appeared to me personally known, and known to be the persons individually or jointly described in and who executed the above instrument and who acknowledged to me the act of signing and sealing thereof.

My term expires _____, 2007

_[signature]_
Notary Public

Notary Public State of Florida
Nadia Barreto
My Commission DD380313
Expires 01/21/2009

EXHIBIT
GROUP
A

Navigators Insurance Company, Inc.   PAYEE REF TIGE0039   CHECK NO 0000049429

| DESCRIPTION | AMOUNT PAID |
|---|---|
| CLAIM NUMBER   TPT151515           FULL & FINAL SETTLEMENT | 249,000.90 |
| DATE OF LOSS   03/16/07    GENIUS: 00044084   07/06/07 | |
| POLICY NUMBER  CH06TPTAND7138 | |
| ASSURED/VESSEL MONTEX TRANSP / NG EXPRESS - RT#3211985331 | |
| COMMENTS:      ELECTRONIC GOOD NAPERVILLE/MIAMI | |
| Check Total | $****249,000.90 |



Navigators Insurance Company, Inc.
Premium and Loss Account

6 International Drive, Suite 100
Rye Brook, NY 10573

Bank One, NA - 0710
Chicago, IL
Payable Through First USA Bank, NA

| Check No | Check Date | Payee Ref |
|---|---|---|
| 0000049429 | 07/09/2007 | TIGE0039 |

62-28
311

CHECK AMOUNT
$****249,000.90
VOID AFTER 180 DAYS

PAY    TWO HUNDRED FORTY-NINE THOUSAND AND 90/100 DOLLARS

File Copy

TO THE
ORDER OF   TIGER DIRECT INC
           175 AMBASSADOR LLANE
           NAPERSVILLE, IL 60540

COPY-VOID

BY _____
      AUTHORIZED SIGNATURE

BY _____
      AUTHORIZED SIGNATURE
TWO SIGNATURES REQUIRED OVER $10,000

0000049429        031100283        0927483