Mar 30 2007 8:37AM   MERIT FREIGHT SYSTEMS   84  390494   p.3

# Bill of Lading

Printed on 3/14/2007 at 11:27:49AM

## SHIP FROM
Product Shipping Center   SID #
175 Ambassador Drive Naperville, IL 60542

Printed on 3/14/2007 at 11:27:49AM
Bill of Lading Number: 1000001692

## SHIP TO
| | |
|---|---|
| CID # | 0092289966 |
| Name: | TIGER DIRECT FLAGLER STORE |
| Address: | 7795 WEST FLAGLER ST |
| | ATTN: YUNIER BETANCOURT |
| City/State/Zip | MIAMI, FL 33144 |
| Attention: | |
| Phone Number: | (305) 415-2753 |

| | |
|---|---|
| CARRIER NAME: | MERIT (NG) |
| Trailer Number: | 3033 (PU#1424279) |
| Seal Number(s): | UL073479 |
| SCAC: | |
| Pro Number: | p830045441 |

Declared Value: $249,000.00
Freight Charge Terms:

### THIRD PARTY FREIGHT CHARGES BILL TO

## CUSTOMER ORDER INFORMATION

| Order # | Customer PO # | # Pkgs | Weight | Pallet/Slip | |
|---|---|---|---|---|---|
| 1000001692 | StoreOrder | 511 | 17,935.00 | Y | N |
| GRAND TOTAL | | 511 | 17,935.00 | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | Weight | H.M. (X) | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC # | CLASS |
| 26 | Pallet | 511 | Package | 17,935.00 | | 100 | 100 | 100 |
| 26 | | 511 | | 17,935.00 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. * 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates and contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper's Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked, and labeled and are in proper condition for transportation in the applicable regulations of the DOT.

*Ben Zavala*

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/Pallets
☐ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Carrier received customs documents:

**Shipper's Comments:**
☐ Excess liability coverage requested ($_____)
☐ Inside Delivery
☐ Residential Delivery
☐ Lift Gate Service
☐ Contact Customer before delivery at (305) 415-2753

**EXHIBIT C**

08 C 1230

JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW