Mar 20 2007 12:58PM    MERIT FREIGHT SYSTEMS    8474390494    P.7

03/16/2007 15:10    8478061782    DISPATCH    PAGE 01

MONTEX TRANSPORTATION
2653 GREENLEAF
ELK GROVE VILLAGE, IL 60007
(866) 737-2512
(847) 806-1747



Time Line of events

- 10:30 pm        Arrived at tiger
- 11:45 pm        Secured truck and left in taxi to bar
- 12:00 am        Arrived at Santos Bar 430 Lincoln rd
- 2:45-3:00 am    Left bar to go back to truck
- 3:00- 3:30 am   Arrived at tiger and realized truck was gone
- 3:30 am         Found security and asked about truck
- 3:40 am         Talked to two state troopers park across the street
- 3:50 am         Trooper called local police
- 4:00 am         Tried to call company (montex)
- 4:20 am         Police arrived and gave driver a case number
- 7:00 am         Lou called driver and found out truck had been stolen

*Jamie A. Pomykala*
Jamie A. Pomykala
Operations

attn: *Jim Julian*

MONTEX TRANSPORTATION, INC. 2653 GREENLEAF, ELK GROVE VILLAGE, IL 60007 PHONE (866) 737-2512, FAX (847) 806-1782

EXHIBIT D



08 C 1230

JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW