Mar 20 2007 12:56PM   MERIT FREIGHT SYSTEMS   8474390494   P.2

(PU# 14Z4Z79)

**Shipper**
Product Shipping Center
175 Ambassador Drive
Naperville, IL 60540
USA

(800) 500-8300

Pro Number: p830D45441
Processor Name: ILWHBEHU
Carrier Name: MERIT (NG)
Invoice Date: 03/14/2007
Invoice Number: 1000001692
Trailer Number: 3033 (PU#1424:
Seal Number: UL073479

**Consignee**
TIGER DIRECT FLAGLER STORE
7795 WEST FLAGLER ST
ATTN: YUNIER BETANCOURT

MIAMI   FL   33144
UNITED STATES   Phone 3054152753

Place Label Here

| Qty | Country Of Origin | Item | Description | Cost | Ext Cost |
|---|---|---|---|---|---|
| 20 | TAIWAN | A177-3106 | ATI Radeon X1600 PRO 512MB AGP w/DVI/TV-OUT | $ 137.00 | $ 2,740.00 |
| 4 | CHINA | A180-1314 | Acer AS5830 Duo T5500/1GB/160/DVDRW/15.4/XPMC NB | $ 935.82 | $ 3,759.28 |
| 250 | TAIWAN | A208-1054 | A-DATA 2GB SD CARD | $ 13.40 | $ 3,350.00 |
| 100 | TAIWAN | A208-1086 | ADATA 1GB MICRO SD W/ ADAPTER | $ 10.10 | $ 1,010.00 |
| 15 | TAIWAN | A455-1093 | Asus P5NSLI Socket 775 Motherboard | $ 99.00 | $ 1,485.00 |
| 10 | TAIWAN | A455-2302 | Asus M2NPV-VM Socket AM2 Motherboard | $ 84.00 | $ 840.00 |
| 20 | CHINA | A99-1548 | Apple iPOD 30GB Video (Black) | $ 226.00 | $ 4,520.00 |
| 4 | CHINA | A99-1566 | Apple iPOD Nano 2GB MP3 Player Silver | $ 137.00 | $ 548.00 |
| 12 | TAIWAN | B450-2106 | Biostar NF325A7 nVidia Socket 754 Motherboard | $ 35.00 | $ 420.00 |
| 30 | TAIWAN | B450-2206 | Biostar P4M800 Pro M7 Socket 775 Motherboard | $ 45.00 | $ 1,350.00 |
| 40 | USA | C13-6055 | Corsair Value Select 1024MB PC5400 DDR2 667MHz | $ 68.42 | $ 2,736.80 |
| 50 | TAIWAN | C261-3046 | Connect 3D Radeon X1300 256MB PCIe w/DVI/TV-OUT | $ 55.00 | $ 2,750.00 |
| 4 | USA | C620-0006 | Caliber P-3800 GPS Navigation 3.5' Touch/MP3 | $ 236.00 | $ 944.00 |
| 15 | CHINA | C910-1022 | CyberPower Surge Protector 850 | $ 12.40 | $ 186.00 |
| 40 | TAIWAN | CP2-PD-940 C | Intel Pentium D 940 3.2Ghz DT 800FSB Socket 775 | $ 90.00 | $ 3,600.00 |
| 20 | CHINA | D700-2104 P | D-Link Hi-Speed USB 2.0 4-Port Hub | $ 16.85 | $ 337.00 |
| 60 | TAIWAN | D700-2134 | D-Link 2.4GHz Bluetooth USB Adapter | $ 26.53 | $ 1,591.80 |
| 30 | TAIWAN | D700-2240 | D-Link DCS-800 10/100 TX Internet Camera Home Sec | $ 76.93 | $ 2,307.90 |
| 12 | TAIWAN | D700-3008 | Dlink DWL-G710 Wireless Range Ext 802.11 54Mbps | $ 65.63 | $ 790.56 |
| 50 | TAIWAN | D700-4000 | D-Link DUB-H7 7 Port USB 2.0 Hub | $ 25.51 | $ 1,275.50 |
| 25 | TAIWAN | D700-5100 | Dlink DP-G310 Wireless Print Server USB 2.0 802.11 | $ 68.63 | $ 1,715.75 |
| 8 | TAIWAN | D700-5194 | D-Link DWL-G700AP 802.11g 54Mbps Wrls Access Point | $ 34.00 | $ 272.00 |
| 20 | TAIWAN | D700-5196 | D-Link DP-301P+ 10/100Mbps Fast Eth. Print Server | $ 51.25 | $ 1,025.00 |
| 30 | CHINA | D700-5394 | D-Link KVM-121 2Port KVM Switch w/ Audio Switching | $ 24.85 | $ 745.50 |
| 10 | TAIWAN | E145-5201 | eVGA GeForce 5200 128MB PCI w/DVI/TV-OUT | $ 43.00 | $ 430.00 |
| 20 | TAIWAN | E145-7908 | EVGA GeForce 7600 GT 256MB PCIe w/DVI/TV-OUT | $ 101.00 | $ 2,020.00 |
| 120 | UM | E400-T5048 | eMachines T5048 PD 3G/512/160/DVDRW DU/XPMC DT RB | $ 263.00 | $ 31,560.00 |
| 10 | CHILE | E456-1024 | Enermax FMA II EG565P 535w V2.2 SLI Crossfire RoHS | $ 75.00 | $ 750.00 |
| 50 | JAPAN | F109-FPV10 | Fuji FinePix V10 5.2MP Digital Camera | $ 118.00 | $ 5,900.00 |
| 20 | CHINA | F160-4170 | Fellowes Blue Gel Crystal Flex Wrist Pad | $ 4.50 | $ 90.00 |
| 40 | CHINA | F160-5044 | Fellowes CD Paper Envelopes 100 CT | $ 3.82 | $ 152.80 |
| 8 | USA | G126-1010 | GrandTec Ultimate Wireless PC To TV System | $ 117.00 | $ 936.00 |
| 4 | USA | G145-0002 | Garmin StreetPilot 2720 Automotive GPS 3.5in | $ 415.00 | $ 1,660.00 |
| 8 | USA | G145-0005 | Garmin StreetPilot c340 Build in Antenna | $ 356.00 | $ 2,848.00 |
| 10 | USA | G145-0026 | Garmin Etrex Legend GPS | $ 106.87 | $ 1,068.70 |
| 24 | USA | G153-GM5076E | Gateway GM5076E PD 3.2/2G/500/DVDRW/DVD/XPMC DT RB | $ 629.99 | $ 15,119.76 |
| 8 | TAIWAN | H24-C6151A | HP Deskjet 460CB Printer | $ 179.50 | $ 1,436.00 |
| 20 | TAIWAN | I69-2130 | Intel DQ965GFEKR Socket 775 Motherboard | $ 96.00 | $ 1,920.00 |
| 50 | USA | J156-4218 | HP/Compaq P4 2.66/512/40/CD-ROM/XPP DT RB | $ 225.00 | $ 11,250.00 |
| 15 | USA | K05-1012 | Kensington Keyboard For Life (Black) | $ 11.03 | $ 165.45 |
| 20 | JAPAN | K23-4048 | KODAK C433 DIGITAL CAMERA | $ 87.00 | $ 1,740.00 |
| 20 | USA | K24-1524 | Kingston 512MB PC2100 DDR 266MHz SODIMM | $ 41.75 | $ 835.00 |
| 80 | USA | L23-6320 | Logitech X230 PC Multimedia Speaker System-32 Watt | $ 30.50 | $ 2,440.00 |
| 5 | USA | L23-6346 | Logitech Cordless 2.4Ghz Presenter | $ 44.50 | $ 222.50 |

Page 1 of 2   3/16/2007

EXHIBIT
E

Mar 20 2007 12:56PM    MERIT FREIGHT SYSTEMS    8474390494    p.3

| Qty | Country Of Origin | Item | Description | Cost | Ext Cost |
|---|---|---|---|---|---|
| 15 | USA | L23-7072 | Logitech QuickCam Fusion | $ 64.58 | $ 988.70 |
| 15 | CHINA | L23-7130 | Logitech V270 CL Notebook Mouse/Bluetooth-Black | $ 27.72 | $ 415.80 |
| 30 | CHINA | L23-7210 | Logitech QuickCam Communicate STX | $ 31.60 | $ 948.00 |
| 80 | USA | M17-7503 M | MS Win XP Pro SP2 OEM Version w/Express Vista UPG | $ 130.50 | $ 10,440.00 |
| 20 | TAIWAN | M200-1092 | Memorex 100PK DVD+R 16X Media in Spindle | $ 24.30 | $ 486.00 |
| 20 | TAIWAN | M200-4130 | Memorex 3 Pk Mini DVD-RW 2x 1.4GB w/ Jewel Cases | $ 8.22 | $ 124.40 |
| 20 | CHINA | M222-2054 | Mustek PF-A700B 7" 4 in 1 Digital Photo Frame | $ 68.00 | $ 1,360.00 |
| 15 | TAIWAN | M333-1902 | Megavision MV192T 19in Wide Blk LCD Monitor w/ TV | $ 215.00 | $ 3,225.00 |
| 20 | TAIWAN | M450-2402 | Mach Speed MSNV-939 Socket 939 Motherboard | $ 56.00 | $ 1,120.00 |
| 15 | TAIWAN | P450-7870 | XFX GeForce 7600 GT XXX 256MB PCIe w/Dual DVI | $ 128.00 | $ 1,920.00 |
| 60 | TAIWAN | P56-9370 | PNY 8GB Attache USB Flash Drive | $ 51.00 | $ 3,060.00 |
| 8 | TAIWAN | P67-1262 | PLEXTOR PX-760A 18X Black DVD Burner EIDE Retail | $ 89.25 | $ 714.00 |
| 10 | TAIWAN | P67-1264 | PLEXTOR PX-755SA 16X SATA INTERNAL DVD BURNI II | $ 96.75 | $ 967.50 |
| 2 | JAPAN | S08-W100 | Sony DSC-W100 CyberShot 8MP 3x Opt Zoom 2.5" LCD | $ 264.62 | $ 529.24 |
| 8 | TAIWAN | S153-2072 | Sandisk 2GB Memory Stick Pro | $ 41.42 | $ 331.36 |
| 80 | TAIWAN | S153-2114 | Sandisk 1GB Memory Stick Pro Duo | $ 27.62 | $ 2,209.60 |
| 40 | TAIWAN | S153-7002 | Sandisk C250 2GB MP3 Player | $ 78.75 | $ 3,150.00 |
| 4 | TAIWAN | S187-4060 | SONY VRD-MC1 DVD DIRECT DVD RECORDER | $ 158.00 | $ 632.00 |
| 68 | CHINA | S197-1932 | Sceptre X9g-NagaV 19in Black 8ms DVI LCD Monitor | $ 154.00 | $ 10,472.00 |
| 15 | NORTHERN IRELAND,UK | S278-DV6105US | HP dv6105us T54 2/512/80/DVDRW/15.4/XP NB RB | $ 643.00 | $ 9,645.00 |
| 10 | KOREA, SOUTH | T24-5000 | Toshiba 50HP66 50in HD Plasma TV w/Spk/Stnd/ATSC | $ 1,350.00 | $ 13,500.00 |
| 6 | CHINA | T24-S4407 | Toshiba S4407 PD 1.6/1GB/100/DVDRW/15.4/Vista NB | $ 754.00 | $ 4,524.00 |
| 100 | TAIWAN | T555-1022 | Transcend 1GB MICRO SD | $ 9.50 | $ 950.00 |
| 120 | TAIWAN | T555-1108 | TRANSCEND 2GB JETFLASH V10 USB FLASH DRIVE | $ 15.00 | $ 1,800.00 |
| 80 | TAIWAN | TC3G-5005 | Power Up 80mm Case Fan (4 Pin Molex) | $ 0.75 | $ 60.00 |
| 30 | TAIWAN | THD-2500JB | WD Caviar SE 250GB EIDE HD    7200/8MB/ATA-100 | $ 62.00 | $ 1,860.00 |
| 40 | CHINA | TSD-160AS5 SY | Seagate 160GB Serial ATA w/NCQ    7200/8MB/SATA-3G | $ 55.00 | $ 2,200.00 |
| 25 | CHINA | TSD-250AS3 SY | Seagate 250GB Serial ATA w/NCQ    7200/16MB/SATA-3G | $ 71.50 | $ 1,787.50 |
| 30 | CHINA | TSD-500M2 BM | Maxtor 500GB Serial ATA HD    7200/16MB/SATA-3G | $ 130.00 | $ 3,900.00 |
| 60 | CHINA | TSD-80AS4 SY | Seagate 80GB Serial ATA HD    7200/8MB/SATA-3G | $ 44.00 | $ 2,640.00 |
| 50 | TAIWAN | ULT30215 | Ultra 512MB PC3200 DDR 400MHz CL3 | $ 41.00 | $ 2,050.00 |
| 10 | TAIWAN | ULT31528 | Ultra 16ft Parallel Printer Cable | $ 2.35 | $ 23.50 |
| 10 | TAIWAN | ULT31570 | Ultra 7 Outlet Surge Protector | $ 7.20 | $ 72.00 |
| 40 | USA | ULT31690 | Ultra 1024MB PC4200 DDR2 533MHz | $ 67.00 | $ 2,680.00 |
| 15 | CHINA | ULT31808 | Ultra 7 Port USB 2.0/ Sharing Hub Blk/Gr LED | $ 15.70 | $ 235.50 |
| 15 | TAIWAN | ULT31846 | Ultra 500W X-Finity Power Supply 120mm Fan / Black | $ 37.20 | $ 558.00 |
| 15 | CHINA | ULT33085 | ULTRA 6 Piece Precision Screwdriver Set | $ 3.90 | $ 58.50 |
| 25 | TAIWAN | ULT40024 | Ultra Hydra 1GB MP3 Player FM/EQ/LCD Pink | $ 28.00 | $ 700.00 |
| 15 | TAIWAN | V18-2207 | ViewSonic VX2035wm 20in Wide 5 ms DVI LCD Monitor | $ 264.00 | $ 3,960.00 |
| 46 | CHINA | V25-4208 | Vizio P42 42in 1024x768 10000:1 HD Plasma TV-RB | $ 616.00 | $ 28,566.00 |
| 4 | TAIWAN | W06-1036 | Wacom Graphire 4 4x5 Silver USB Tablet | $ 75.50 | $ 302.00 |

| p830045441 | Pro Number |
| MERIT (NG) | Carrier |
| 511 | Total Pcs |
| 26 | Total Pallets |
| $ 249,000.90 | Total Merch (USD) |
| 17,935.00 | Total Weight (Lbs) |

These commodities were exported to Canada from the United States in accordance with the US Export administration Regulations. Diversion contrary to U.S. Law is prohibited. Shipments to Cuba, North Korea, Libya, Iran, and Sudan as well as to certain designated individuals and entities, is expressly prohibited, while shipment (including re-export) to some other countries, persons and/or entities requires US Export Administration License Application and approval. Please Call Should you have any questions.

Processor Name    ILWHBEHU    Title    Warehouse Specialist

Signature

Page 2 of 2    3/16/2007