**FOREIGN**

AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

NAVIGATORS INSURANCE CO., INC. a/s/o and
on behalf of AMERICA'S FREIGHT CARRIER,
INC. d/b/a MERIT FREIGHT SYSTEM

CASE NUMBER: *08 CV 1230*

V.

ASSIGNED JUDGE: *LINDBERG*

NG EXPRESS, INC., MONTEX
TRANSPORTATION, INC. and
NORTHWOOD ASSOCIATES, INC.

DESIGNATED
MAGISTRATE JUDGE: CENTER: MARYANN *DENLOW*

```
000231-1.1.1 03/04/08 14:37
REF CASE   # 08  001230
  1 FOREIGN WRIT            50.00
  1 MILEAGE                 10.00
REF SHERIFF # 018357
CASE TOTAL              60.00 *
          TOTAL         190.00 TL
CHECK I                 130.00
CASHIER: MARYANN
```

TO: (Name and address of Defendant)

Montex Transportation Inc.
2653 Greenleaf
Elk Grove Village, IL 60007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORVATH & WEAVER
10 South LaSalle Street
Suite 1400
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

MAR 0 3 2008

(By) DEPUTY CLERK                                         DATE

SHERIFF'S OFFICE OF COOK COUNTY ILLINOIS

SHERIFF'S NUMBER 018357-001D CASE NUMBER 08CV1230    DEPUTY: _____ _____

**10**

FILED DT 03-03-2008 RECEIVED DT 03-04-2008 DIE DT 03-19-2008 MULTIPLE SERVICE   1
    DEFENDANT                               ATTORNEY
MONTEX TRANSPORTATION INC.             HORVATH & WEAVER
2653   GREENLEAF AV                 10 S. LA SALLE ST.
ELK GROVE VILLA IL. 60007           CHICAGO IL. 60603
                                    312 419-6600

PLAINTIFF NAVIGATORS INSURANCE CO.,

SERVICE INFORMATION: CF

**FOREIGN**

*************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20____, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
.X...3 SERVICE ON: CORPORATION (C)COMPANY   BUSINESS   PARTNERSHIP _____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____ , DEPUTY

    1 SEX _M_ M/F    RACE _W_    AGE _38_
    2 NAME OF DEFENDANT MONTEX TRANSPORTATION INC.
       _WRIT SERVED ON _____ A.P. OGI GLIGOREVIC

    THIS _14_ DAY OF _MAR_ 20 _08_ TIME _10:55_ A.M. P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____ 1 Story Office          ATTEMPTED SERVICES

NEIGHBORS NAME _____

                                DATE      TIME A.M./P.M.

     ADDRESS _____    3-14   10:55   AM/PM

| | REASON NOT SERVED: | | DATE | TIME |
|---|---|---|---|---|
| 01 MOVED | 07 | EMPLOYER REFUSAL | | : |
| 02 NO CONTACT | 08 | RETURNED BY ATTY | | : |
| 03 EMPTY LOT | 09 | DECEASED | | : |
| 04 NOT LISTED | 10 | BLDG DEMOLISHED | | : |
| 05 WRONG ADDRESS | 11 | NO REGISTERED AGT. | | : |
| 06 NO SUCH ADDRESS | 12 | OTHER REASONS | | : |
| | 13 | OUT OF COUNTY | | : |

FEE   .00    MILEAGE    .00    TOTAL    .00           SG20