

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NAVIGATORS INSURANCE CO., INC. a/s/o and on behalf of AMERICA'S FREIGHT CARRIER, INC. d/b/a MERIT FREIGHT SYSTEM

V.

NG EXPRESS, INC., MONTEX TRANSPORTATION, INC. and NORTHWOOD ASSOCIATES, INC.

CASE NUMBER: 08 CV 1230

ASSIGNED JUDGE: LINDBERG

DESIGNATED MAGISTRATE JUDGE: DENLOW

TO: (Name and address of Defendant)

NG Express, Inc.
2653 Greenleaf
Elk Grove Village, IL 60007

```
000230-1.1.1 03/04/08 14:36
REF CASE    # 08  001230
    1 FOREIGN WRIT          50.00
    1 MILEAGE               10.00
REF SHERIFF # 018356
CASE TOTAL                  60.00 *
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORVATH & WEAVER
10 South LaSalle Street
Suite 1400
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(BY) DEPUTY CLERK

MAR 0 3 2008
DATE

TYPE LAW        SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS        DISTRICT 219

SHERIFF'S NUMBER 018356-001D CASE NUMBER 08CV1230    DEPUTY: _____Thompson_____

FILED DT 03-03-2008 RECEIVED DT 03-04-2008 DIE DT 03-19-2008 MULTIPLE SERVICE   1
    DEFENDANT                                          ATTORNEY
NG EXPRESS, INC.                                       HORVATH & WEAVER
2653   GREENLEAF AV                                    10 S. LA SALLE ST.
ELK GROVE VILLA IL. 60007                              CHICAGO IL. 60603
                                                       312 419-6600

PLAINTIFF NAVIGATORS INSURANCE CO.,

SERVICE INFORMATION: CF

**FOREIGN**

************************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME_____
..X..3 SERVICE ON:  CORPORATION X COMPANY____ BUSINESS____ PARTNERSHIP_____
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL____

(B)  THOMAS J. DART, SHERIFF, BY: _____J Bollman_____, DEPUTY

    1  SEX _M_ M/F     RACE _W_    AGE _38_
    2  NAME OF DEFENDANT NG EXPRESS, INC.
       WRIT SERVED ON _____A.P. OGi Gligorevic_____

       THIS _14_ DAY OF _MAR_, 20 _08_ TIME _10_:_53_ A.M./P.M.

    ADDITIONAL REMARKS _____

************************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG    _1 sty office_                ATTEMPTED SERVICES

NEIGHBORS NAME _____         DATE        TIME   A.M./P.M.

    ADDRESS    _____         _3/14_   _10:55_  _AM_

        REASON NOT SERVED:
                        07 EMPLOYER REFUSAL
   01 MOVED             08 RETURNED BY ATTY
   02 NO CONTACT        09 DECEASED
   03 EMPTY LOT         10 BLDG DEMOLISHED
   04 NOT LISTED        11 NO REGISTERED AGT.
   05 WRONG ADDRESS     12 OTHER REASONS
   06 NO SUCH ADDRESS   13 OUT OF COUNTY

FEE   .00   MILEAGE   .00   TOTAL   .00                          SG20