AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

NAVIGATORS INSURANCE CO., INC. a/s/o and on behalf of AMERICA'S FREIGHT CARRIER, INC. d/b/a MERIT FREIGHT SYSTEM

V.

NG EXPRESS, INC., MONTEX TRANSPORTATION, INC. and NORTHWOOD ASSOCIATES, INC.

CASE NUMBER: 08 CV 1230

ASSIGNED JUDGE: LINDBERG

DESIGNATED MAGISTRATE JUDGE: DENLOW

```
000229-1.1.1 03/04/08 14:35
REF CASE     # 08 CV1230
  1 FOREIGN WRIT           50.00
  1 MILEAGE                10.00
REF SHERIFF # 018355
CASE TOTAL                 60.00 *
```

TO: (Name and address of Defendant)

Northwood Associates, Inc.
800 E. Northwest Hwy., Suite 504
Palatine, IL 60074

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORVATH & WEAVER
10 South LaSalle Street
Suite 1400
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(BY) DEPUTY CLERK

MAR 0 3 2008
DATE

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

SHERIFF'S NUMBER 018355-001D    CASE NUMBER 08CV1230    DEPUTY: _Hutchison_

FILED DT 03-03-2008   RECEIVED DT 03-04-2008   DIE DT 03-19-2008   MULTIPLE SERVICE   1

DEFENDANT                                          ATTORNEY
NORTHWOOD ASSOCIATES, INC.                         HORVATH & WEAVER
800 E NORTHWEST HW                                 10 S. LA SALLE ST.
PALATINE IL. 60074                                 CHICAGO IL. 60603
SUITE 504                                          312 419-6600
PLAINTIFF NAVIGATORS INSURANCE CO.,

SERVICE INFORMATION: CF

**FOREIGN**

*****************************************************************************

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF.  ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
..X..3 SERVICE ON:  CORPORATION ✓  COMPANY ____  BUSINESS ____  PARTNERSHIP ____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)   THOMAS J. DART, SHERIFF, BY: _J. Hutchison_, DEPUTY

   1  SEX _F_ M/F    RACE _W_    AGE _32_
   2  NAME OF DEFENDANT NORTHWOOD ASSOCIATES, INC.
      WRIT SERVED ON _AR  Tammy Jenkins_
      THIS _19_ DAY OF _MAR_, 20_08_ TIME _9_:_44_ A.M./P.M.

ADDITIONAL REMARKS _____

*****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _Office Bldg._                    ATTEMPTED SERVICES

NEIGHBORS NAME _Northwood Insurance_           DATE        TIME  A.M./P.M.

      ADDRESS _____                       03-13       4:43 P4983(?)

      REASON NOT SERVED:                       3-19        9:44 AM(?)
                       07 EMPLOYER REFUSAL     _____       ___:___  ___
   01 MOVED            08 RETURNED BY ATTY     _____       ___:___  ___
   02 NO CONTACT       09 DECEASED             _____       ___:___  ___
   03 EMPTY LOT        10 BLDG DEMOLISHED      _____       ___:___  ___
   04 NOT LISTED       11 NO REGISTERED AGT.
   05 WRONG ADDRESS    12 OTHER REASONS        _____       ___:___  ___
   06 NO SUCH ADDRESS  13 OUT OF COUNTY
                                               _____       ___:___  ___

FEE   .00   MILEAGE   .00   TOTAL   .00                              SG20