

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 CV 1230

NAVIGATORS INSURANCE COM., INC. a/s/o and on behalf of America's Freight Carrier d/b/a MERIT Transportation
v.
NG EXPRESS, INC., MONTEX TRANSPORTATION, INC. and NORTHWOOD ASSOCIATES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NG EXPRESS, INC.
MONTEX TRANSPORTATION

**FILED**
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) <br> MICHAEL A. MESCHINO | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ MICHAEL A. MESCHINO | |
| **FIRM** <br> LAW OFFICES OF MICHAEL A. MESCHINO | |
| **STREET ADDRESS** <br> 800 E. NORTHWEST HIGHWAY, SUITE 503 | |
| **CITY/STATE/ZIP** <br> PALATINE, IL 60074 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6182137 | **TELEPHONE NUMBER** <br> 847-991-7090 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |