UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| NAVIGATORS INSURANCE CO., INC. a/s/o and on behalf of AMERICA'S FREIGHT CARRIER, INC., d/b/a MERIT FREIGHT SYSTEM | 08 C 01230 |
| Plaintiff, | JUDGE LINDBERG |
| v. | |
| NG EXPRESS, INC., MONTEX TRANSPORTATION, INC., and NORTHWOOD ASSOCIATES, INC. | MAGISTRATE JUDGE DENLOW |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant NORTHWOOD ASSOCIATES, INC.**

| NAME | Daniel F. Gallagher |
|---|---|
| SIGNATURE | s/Daniel F. Gallagher |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 905305 | TELEPHONE NUMBER (312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES **X**   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES   NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES **X**   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES **X**  NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL              APPOINTED COUNSEL | |

Document #: 1321501