50640-DFG/OSH                                                                Firm No. 90663

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE CO., INC. a/s/o and on behalf of AMERICA'S FREIGHT CARRIER, INC., d/b/a MERIT FREIGHT SYSTEM <br><br> Plaintiff, <br><br> v. <br><br> NG EXPRESS, INC., MONTEX TRANSPORTATION, INC., and NORTHWOOD ASSOCIATES, INC. <br><br> Defendant. | Case No. 08 C 01230 <br><br><br> Judge Lindberg <br> Magistrate Judge Denlow |

### NOTICE OF FILING

TO:   ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT on the **20th** day of **May, 2008**, we electronically filed with the U.S. District Court the attached: **DEFENDANT NORTHWOOD ASSOCIATES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT.**

Respectfully submitted,

NORTHWOOD ASSOCIATES, INC.

/s/ Daniel F. Gallagher
Attorneys for the Defendant

Daniel F. Gallagher
Michele T. Oshman
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Chicago, IL 60604
(312) 540-7000
FAX (312) 540-0578

### PROOF OF SERVICE

I, undersigned, a non-attorney, certify that I served the Notice of Filing to the above-named attorney at the address listed above in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Case that is issued through the Court's Electronic Case Filing System will constitute service under Fed. R. Civ. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the Court's Electronic Case Filing System.

[x]   Under penalties as provided by law pursuant to Ill. Rev. Stat. Chap.
      110-§1-109 I certify that the statements set forth herein are true and correct.

/s/ Daniel F. Gallagher

Document #: 1329002