# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1230 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Navigators Insurance Co., Inc. vs. NG Express, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The court, sua sponte, strikes defendants NG Express, Inc., and Montex Transportation, Inc.'s "Counter-Complaint" [17]. This document purports to state a claim against a co-defendant, Northwood Associates, and not against plaintiff, so the document despite being entitled a "Counter-Complaint" attempts to allege a cross-claim. Compare FRCP 13(a) and (b) with 13(g). In any event, neither a "counter-complaint" nor a "cross-complaint" is a separate pleading. See FRCP 7(a) (list of pleadings allowed). Rather, a defendant's counterclaim or cross-claim must be stated in that defendant's answer. See FRCP 13(a), (b), and (g).

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|