# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Navigators Insurance Co., Inc

                        Plaintiff,

v.                                                 Case No.: 1:08–cv–01230

                                                            Honorable George W. Lindberg

NG Express, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable George W. Lindberg: The discovery hearing scheduled for 8/6/2008 is stricken. Discovery hearing reset to 8/13/2008 at 9:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.