50640-DFG/OSH                                                                                                  Firm No. 90663

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE CO., INC. a/s/o ) <br> and on behalf of AMERICA'S FREIGHT ) <br> CARRIER, INC., d/b/a MERIT FREIGHT ) <br> SYSTEM ) <br>         Plaintiff, ) <br>   v. ) <br> ) <br> NG EXPRESS, INC., MONTEX ) <br> TRANSPORTATION, INC., and ) <br> NORTHWOOD ASSOCIATES, INC. ) <br> ) <br>         Defendant. ) | Case No. 08 C 01230 <br><br> Judge Lindberg <br> Magistrate Judge Denlow |

### NOTICE OF FILING

TO:   ALL ATTORNEYS OF RECORD

     PLEASE TAKE NOTICE THAT on the **7th day of July, 2008, w**e electronically filed with the U.S. District Court the attached: **DEFENDANT NORTHWOOD ASSOCIATES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT NG EXPRESS, INC. AND MONTEX TRANSPORTATION'S CROSS-COMPLAINT.**

                              Respectfully submitted,

                              NORTHWOOD ASSOCIATES, INC.


                              /s/ Daniel F. Gallagher
                              Attorneys for the Defendant

Daniel F. Gallagher
Michele T. Oshman
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Chicago, IL 60604
(312) 540-7000
FAX (312) 540-0578

### PROOF OF SERVICE

     I, Daniel F. Gallagher, certify that I served the Notice of Filing, together with the documents herein referred, to the above-named attorney at the address listed above in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Case that is issued through the Court's Electronic Case Filing System will constitute service under Fed. R. Civ. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the Court's Electronic Case Filing System on July 7, 2008.

[x]   Under penalties as provided by law pursuant to Ill. Rev. Stat. Chap.
       110-§1-109 I certify that the statements set forth herein are true and correct.


                              /s/ Daniel F. Gallagher

## SERVICE LIST

Michelle A. Meschino, Esq.
Law Office of Michael A. Meschino
800 E. Northwest Highway
Suite 503
Palatine, IL  60074

Duane C. Weaver, Esq.
Horvath & Weaver, P.C.
10 South LaSalle Street
Suite 1400
Chicago, IL  60603


Document #: 1341016