## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:    08 CV 1230

NAVIGATORS INSURANCE, ET AL. v. NG EXPRESS, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

NG EXPRESS, INC. and MONTEX TRANSPORTATION, INC.

| | |
|---|---|
| NAME (Type or print) THOMAS A. CARTON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Thomas A. Carton | |
| FIRM   BULLARO & CARTON, P.C. | |
| STREET ADDRESS   200 North LaSalle Street, Suite 2500 | |
| CITY/STATE/ZIP   Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3127989 | TELEPHONE NUMBER  (312) 831-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") "Y" | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") "N" | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") "N" | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") "Y" | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL            APPOINTED COUNSEL | |