**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 1230 |

NAVIGATORS INSURANCE, ET AL. v. NG EXPRESS, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

NG EXPRESS, INC. and MONTEX TRANSPORTATION, INC.

---

NAME (Type or print)
CORNELIUS J. HARRINGTON, III

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Cornelius J. Harrington, III

FIRM
    BULLARO & CARTON, P.C.

STREET ADDRESS    200 North LaSalle Street, Suite 2500

CITY/STATE/ZIP    Chicago, Illinois 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3127989 | (312) 831-1000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") "Y"

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") "N"

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") "N"

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") "Y"

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL