327-8023								NJH:sac								#91348

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE CO., INC., a/s/o and on behalf of AMERICA'S FREIGHT CARRIER, INC., d/b/a MERIT FREIGH SYSTEM,<br>          Plaintiff,<br><br>v.<br><br>NG EXPRESS, INC., MONTEX TRANSPORTATION, INC., and NORTHWOOD ASSOCATES, INC.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)Case No.: 1:08 CV 1230<br>)Assigned Judge: George W. Lindberg<br>)Designated Magistrate Judge: Morton Denlow<br>)<br>)<br>) |

**ORDER ON MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE ON BEHALF OF DEFENDANTS, NG EXPRESS, INC. AND MONTEX TRANSPORTATION, INC.**

THIS CAUSE COMING TO BE HEARD, pursuant to Motion of the Law Firm of Bullaro & Carton, P.C., for leave to file their additional appearance on behalf of the Defendants, NG Express, Inc. and Montex Transportation, Inc., due notice having been given and the Court being first fully advised in the premises;

IT IS HEREBY ORDERED:

1.  The Law Firm of Bullaro & Carton, P.C., by its partners, THOMAS A. CARTON and CORNELIUS J. HARRINGTON, III are hereby granted leave to file their Additional Appearance as attorneys of record on behalf of the Defendants, NG EXPRESS, INC. and MONTEX TRANSPORTATION, INC., *instanter*.

JUDGE: _____

DATE: _____

BULLARO & CARTON, P.C.
200 North LaSalle Street, Suite 2500
Chicago, IL 60601
(312) 831-1000
(312) 831-0647 - Fax