327-8023                    NJH:sac                    #91348

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE CO., INC., a/s/o and on behalf of AMERICA'S FREIGHT CARRIER, INC., d/b/a MERIT FREIGH SYSTEM,<br><br>    Plaintiff,<br><br>v.<br><br>NG EXPRESS, INC., MONTEX TRANSPORTATION, INC., and NORTHWOOD ASSOCATES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:08 CV 1230<br>) Assigned Judge: George W. Lindberg<br>) Designated Magistrate Judge: Morton Denlow<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To:   See Attached Service List

  PLEASE TAKE NOTICE THAT on August 13, 2008 at 9:00 am or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Courtroom 1425 at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present Defendants **MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE ON BEHALF OF DEFENDANTS, NG EXPRESS, INC. AND MONTEX TRANSPORTATION, INC. and MOTION TO CONTINUE SEPTEMBER 3, 2008 DISCOVERY CUTOFF DATE AND OCTOBER 15, 2008 DISPOSITIVE MOTION FILING DEADLINE**, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that a true and correct copy of this Notice of Motion and the documents referenced herein was served upon all parties of record, pursuant to ECF Rules as to Filing Users in compliance with Fed. R. Civ. P. 5(b)(2)(d) on this ____ day of August, 2008.

                     By: _____
                        Cornelius J. Harrington, III

BULLARO & CARTON, P.C.
200 North LaSalle Street
Suite 2500
Chicago, IL 60601
(312) 831-1000
(312) 831-0647

Navigators Insurance Company, Inc., et al. v .NG Express, Inv., et al.
United States District Court, Northern Division of Illinois
Court No. 1:08 CV 1230

## SERVICE LIST

John F. Horvath
Duane C. Weaver
Renata M. Koleda
HORVATH & WEAVER
10 South LaSalle Street
Suite 1400
Chicago, IL 60603
Tel: (312) 419-6600
Fax: (312) 419-6666
*Attorney for Plaintiff Navigators Insurance a/s/o and on behalf of*
*MERIT AMERICA'S FREIGHT CARRIER, INC. d/b/a MERIT FREIGHT SYSTEM*

Michael A. Meschino
Law Offices of Michael A. Meschino
800 E. Northwest Highway
Suite 503
Palatine, IL 60074
*Attorney for NG Express, Inc. & Montex Transportation, Inc.*

Daniel F. Gallagher
Michele T. Oshman
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
*Attorneys for Northwood Associates, Inc.*