## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1230 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Navigators Insurance Co., Inc. Vs. NG Express, Inc. Et al. | | |

**DOCKET ENTRY TEXT**

Discovery hearing held and continued to 10/1/2008 at 9:30a.m. Defendants' motion for leave to file the additional appearance of Thomas A. Carton and Cornelius J. Harrington, III (27) is granted. Defendants' motion to continue discovery cutoff date and the date for filing dispositive motions (28) is granted. The discovery cutoff date is extended to 11/5/2008. Motion for summary judgment due 11/19/2008. Response to the motion for summary judgment due 12/5/2008. Reply due 12/12/2008. Ruling on the motion for summary judgment set for 1/14/2009 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. On 1/26/2009. Jury trial set for 2/2/2009 at 10:00a.m.

Mailed Noticed

00:15

| | Courtroom Deputy Initials: | SLB |
|---|---|---|